IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

MORRIS ADOLPHUS
JACKSON,

        Appellant,

v.

JUDY LYNN JENKINS,

        Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2493

_____/

Opinion filed May 3, 2016.

An appeal from the Circuit Court for Escambia County.
W. Joel Boles, Judge.

Ross A. Keene, Ross Keene Law, P.A., Pensacola, for Appellant.

Judy Lynn Jenkins, Pro Se, for Appellee.

PER CURIAM.

        AFFIRMED.

ROBERTS, C.J., MAKAR, and OSTERHAUS, JJ., CONCUR.